**Golden State WARRIORS, Petitioner,**

v.

**NATIONAL LABOR RELATIONS BOARD, Respondent.**

No. 01–1394.

United States Court of Appeals, District of Columbia Circuit.

Nov. 15, 2002.

Before RANDOLPH and ROGERS, Circuit Judges, and WILLIAMS, Senior Circuit Judge.

*JUDGMENT*

PER CURIAM.

This cause was considered on the record compiled before the National Labor Relations Board and was argued by counsel. It is

ORDERED AND ADJUDGED that the petition for review is denied, and the order of the National Labor Relations Board is enforced. The Board's factual findings are supported by substantial evidence; its conclusions of law are not in error, and its distinction of *Sterling Processing Corp.*, 291 NLRB 208 (1988), is reasonable.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.